✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ TENNESSEE

USA

V.

Dawuane Rhodes

## EXHIBIT AND WITNESS LIST

Case Number:  2:25-cr-20331-TLP

| PRESIDING JUDGE<br>Annie T. Christoff | | PLAINTIFF'S ATTORNEY<br>Greg Wagner | | DEFENDANT'S ATTORNEY<br>John Parker | |
| --- | --- | --- | --- | --- | --- |
| TRIAL DATE (S)<br>12/15/2025 Probable Cause | | COURT REPORTER<br>FTR | | COURTROOM DEPUTY<br>V. Pettway | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| x | | 12/15/2025 | | | James Ratliff |
| 1 | | 12/15/2025 | x | x | Picture |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.