# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. No. 2:25-20331-TLP |
| | ) | |
| DAWUANE RHODES, | ) | |
| | ) | |
| Defendant. | ) | |

---

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Comes now, the United States of America, by and through D. Michael Dunavant, United States Attorney, and Gregory A. Wagner, Assistant United States Attorney for the Western District of Tennessee and respectfully requests that this matter is dismissed by this Court without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By:    /s/ Gregory A. Wagner
       Gregory A. Wagner
       Assistant United States Attorney
       167 N. Main Street, Suite 800
       Memphis, TN 38103
       901-544-4231

1

## CERTIFICATE OF SERVICE

I, Gregory A. Wagner, Assistant United States Attorney for the Western District of

Tennessee, hereby certify that a copy of the foregoing Motion has been forwarded to Counsel for

the Defendant via the court's electronic delivery system.

/s/Gregory A. Wagner
Gregory A. Wagner
Assistant United States Attorney

2